Order entered December 5 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00222-CR

### SAMUEL LEE HILL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-70789-Q**

## ORDER

The Court **REINSTATES** the appeal.

On October 22, 2012, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel Jeff Buchwald; (3) Mr. Buchwald's explanation for the delay in filing appellant's brief is his workload; and (4) Mr. Buchwald requested twenty days from the November 19, 2012 hearing to file appellant's brief.

We **ORDER** appellant to file his brief by **DECEMBER 21, 2012**. Because the brief is already almost three months overdue, no further extensions will be granted. If the brief is not

filed by the date specified, we will order that Jeff Buchwald be removed and order that new counsel be appointed to represent appellant.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Lena Levario, Presiding Judge, 204th Judicial District Court, and to counsel for all parties.

_____
DAVID L. BRIDGES
JUSTICE